**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LLOYD TRAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br>CAVALRY SPV I, LLC,<br><br>　　　　　Defendants. | CASE NO.: 5:25-CV-08239-NC<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41]** |

1  Pursuant to the stipulation of the parties, and good cause appearing, the action filed by Plaintiff Lloyd Tran against Defendants Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC ("Defendants") is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: October 14, 2025         By: _____
                                    Honorable Judge Nathanael M. Cousins

